**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **DONNA COLLINS** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-964** |
| | § | |
| **WEATHERFORD   INTERNATIONAL,** | § | |
| **INC.,** *et al*. | § | |
| | § | |
| | § | |

**FINAL JUDGMENT**

The above-entitled action has come before the Court for consideration.  A decision having been duly rendered,

**IT IS HEREBY ORDERED** that the complaint is **DISMISSED** for lack of subject matter jurisdiction.

So ORDERED and SIGNED this 15th day of October, 2014.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE